IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT A. BATES, )
)
        Plaintiff, )
)
v. )   Civil Action No. 3:16cv133–HEH
)
LUNDY MOTORS, LLC, *et al.* )
)
        Defendants. )

**ORDER**
**(Referring Motion and Discovery Issues)**

THIS MATTER is before the Court on Plaintiff's Motion to Compel (ECF No. 33), filed on June 9, 2016. Upon due consideration and it appearing appropriate to do so, it is HEREBY ORDERED that this motion is REFERRED to Magistrate Judge Roderick C. Young. Further, it is hereby ORDERED that all subsequent issues related to discovery that may arise in the above-captioned matter are REFERRED to United States Magistrate Judge Roderick C. Young.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to Magistrate Judge Young.

It is so ORDERED.

                                                                      /s/
                                                    Henry E. Hudson
                                                    United States District Judge

Date: June 20, 2016
Richmond, Virginia