IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT A BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:16-cv-133–HEH |
| | ) |
| LUNDY MOTORS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER
(Denying Defendant's Motion to Compel Arbitration and Motion to Stay)

THIS MATTER is before the Court on Defendant Lundy Motors, LLC's Motion to Compel Arbitration and Motion to Stay This Lawsuit Pending Binding Arbitration (ECF No. 13), filed on April 8, 2016. Because this case has been voluntarily dismissed against Defendant Lundy Motors LLC (ECF No. 42), the Defendant's Motion to Compel Arbitration and Motion to Stay This Lawsuit Pending Binding Arbitration (ECF No. 13) is DENIED AS MOOT.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                     /s/
                                                Henry E. Hudson
                                                United States District Judge

Date: Sept. 23 2016
Richmond, Virginia