IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT A. BATES,  )
 )
       Plaintiff,  )
 )
v.  )  Civil Action No. 3:16cv133–HEH
 )
LUNDY MOTORS, LLC, *et al.*,  )
 )
       Defendants.  )

## ORDER
(Adopting the Report & Recommendation of the Magistrate Judge and Granting Motion to Compel Binding Arbitration)

THIS MATTER is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge (ECF No. 80), entered on September 30, 2016. The time to file objections has expired, and neither party has objected to the R&R.

Upon due consideration, and it appearing appropriate to do so, the R&R is ACCEPTED and ADOPTED as the OPINION of the Court. In accordance with the findings of the United States Magistrate Judge, Defendants' Motion to Compel Binding Arbitration (ECF No. 6), as amended by Defendants' Stipulation (ECF No. 61), is GRANTED. This case is STAYED pending arbitration.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                  /s/
                                    Henry E. Hudson
                                    United States District Judge

Date: Oct. 17 2016
Richmond, Virginia